IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TRI-MOTOR LLC,

    Plaintiff/Counter Defendant,

v.                                                                                          No. 11-cv-0497 JEC/LFG

CITY OF ALBUQUERQUE,
and MICHAEL R. MEDLEY,

    Defendants,

CITY OF ALBUQUERQUE,

    Counter Plaintiff.

## ORDER TO FILE CLOSING DOCUMENTS

The parties reached a settlement in this matter in a conference held before the Court on March 27, 2012.

IT IS THEREFORE ORDERED that closing documents be filed no later than **Monday, April 30, 2012,** absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**